The Honorable Robert B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW AHN, REGINA AHN, MYUNG AHN, AND EUN CHOI, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE CO., a foreign corporation, <br><br> Defendant. | No. 08-cv-05457 RBL <br><br> ORDER OF REMAND TO STATE COURT |

**ORDER**

**THIS MATTER** having come on before the court on the foregoing Stipulation of the parties; the court having considered the Stipulation, and the pleadings herein, and determining that the Court lacks original jurisdiction, now, therefore,

**IT IS HEREBY ORDERED** that the above-entitled case shall be remanded to the Pierce County Superior Court. The Clerk of the Court is directed to send a certified copy of this Order of Remand to the clerk of the Pierce County Superior Court.

**DATED this** 11th day of August 2008.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND TO STATE COURT
(No. 08-cv-05457 RBL)- 1

**PREMIER LAW GROUP PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316